JS-6

FILED
CLERK, U.S. DISTRICT COURT

8/21/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Twentieth Century Fox Film Corporation and Warner Bros. Home Entertainment Inc.,<br><br>    Plaintiffs,<br><br>  v.<br><br>Joseph Pitter and Does 1 – 10, inclusive,<br><br>    Defendants. | Case No. 2:17-cv-03525 MWF (AGRx)<br><br>[~~PROPOSED~~] CONSENT DECREE AND PERMANENT INJUNCTION |

    The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiffs Twentieth Century Fox Film Corporation and Warner Bros. Home Entertainment Inc. (collectively "Plaintiffs") and Defendant Joseph Pitter ("Defendant") in this action, and good cause appearing therefore, hereby:

    ORDERS that based on the Parties' Stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the

within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2) Plaintiffs own or control the pertinent exclusive rights to distribute or license the distribution of home video and digital products, including video home cassettes as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs incorporating copyrights to motion pictures and television episodes owned or controlled by Plaintiffs, including, but not limited to, those which are the subject of the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiffs' Works").

3) Plaintiffs have alleged that Defendant has made unauthorized uses of Plaintiffs' Works or substantially similar likenesses or colorable imitations thereof.

4) Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiffs' Works, including, but not limited to, the following:

    a) Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized media products containing any of Plaintiffs' Works;

    b) Enabling, facilitating, permitting, assisting, soliciting, encouraging,

     abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any unauthorized versions of Plaintiffs' Works; or

  c) Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiffs' Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiffs' Works.

5) Each side shall bear its own fees and costs of suit.

6) Except as provided herein, all claims alleged in the Complaint are dismissed without prejudice.

7) This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10) The above-captioned action, shall, upon filing by Plaintiffs of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

11) This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations

hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: August 21, 2017

Hon. Michael W. Fitzgerald
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: /s/Annie S. Wang
 J. Andrew Coombs
 Annie S. Wang
Attorneys for Plaintiffs
Twentieth Century Fox Film Corporation
and Warner Bros. Home Entertainment Inc.

Joseph Pitter

By:
 Joseph Pitter
Defendant, *in pro se*

# EXHIBIT A
# COPYRIGHT REGISTRATIONS

| Copyright Registration Number: | Title of Work: |
|---|---|
| PA0001898578 | AMERICAN HORROR STORY, ASYLUM – THE COMPLETE SECOND SEASON |
| PA0001824839 | AMERICAN HORROR STORY, ASYLUM: Welcome to Briarcliff |
| PA0001824837 | AMERICAN HORROR STORY, ASYLUM: Tricks and Treats Episode |
| PA0001824844 | AMERICAN HORROR STORY, ASYLUM: Nor'easter |
| PA0001827033 | AMERICAN HORROR STORY: 2ATS04, ASYLUM: I am Anne Frank Pt. 1 |
| PA0001827040 | AMERICAN HORROR STORY: 2ATS05, ASYLUM: I am Anne Frank Pt. 2 |
| PA0001827055 | AMERICAN HORROR STORY: 2ATS06, ASYLUM: The Origins of Monstrosity |
| PA0001829389 | AMERICAN HORROR STORY: 2ATS07, ASYLUM: Dark Cousin |
| PA0001829383 | AMERICAN HORROR STORY: 2ATS08, ASYLUM: Unholy Night |
| PA0001829381 | AMERICAN HORROR STORY: 2ATS09, ASYLUM: Coat Hanger |
| PA0001836360 | AMERICAN HORROR STORY: 2ATS10, ASYLUM: The Name Game |
| PA0001836350 | AMERICAN HORROR STORY: 2ATS11, ASYLUM: Spilt Milk |
| PA0001835516 | AMERICAN HORROR STORY, ASYLUM: Continuum |
| PA0001835514 | AMERICAN HORROR STORY, ASYLUM: Madness Ends |
| PA0001709262 | BOARDWALK EMPIRE: 1, Boardwalk Empire |
| PA0001709258 | BOARDWALK EMPIRE: 2, The Ivory Tower |
| PA0001709256 | BOARDWALK EMPIRE: 3, Broadway Limited |
| PA0001709260 | BOARDWALK EMPIRE: 4, Anastasia |
| PA0001709265 | BOARDWALK EMPIRE: 5, Nights in Ballygran |
| PA0001716941 | BOARDWALK EMPIRE: 6, Family Limitation |
| PA0001716942 | BOARDWALK EMPIRE: 7 |
| PA0001716946 | BOARDWALK EMPIRE: 8, Hold Me in Paradise |
| PA0001719464 | BOARDWALK EMPIRE: 9, Belle Femme |
| PA0001719463 | BOARDWALK EMPIRE: 10, The Emerald City |
| PA0001719466 | BOARDWALK EMPIRE: Paris Green, 11 |
| PA0001721376 | BOARDWALK EMPIRE: 12, A Return to Normalcy |
| PA0001765830 | BOARDWALK EMPIRE: 13, 21 |
| PA0001765841 | BOARDWALK EMPIRE: 14, Ourselves Alone |
| PA0001765838 | BOARDWALK EMPIRE: 15, Dangerous Maid |

| | |
|---|---|
| PA0001769620 | BOARDWALK EMPIRE: 16, What Does The Bee Do? |
| PA0001769650 | BOARDWALK EMPIRE: 17, Gimrack & Bunkum |
| PA0001769789 | BOARDWALK EMPIRE: 18, The Age of Reason |
| PA0001769786 | BOARDWALK EMPIRE: 19, Peg of Old |
| PA0001774955 | BOARDWALK EMPIRE: 20, Two Boats and a Lifeguard |
| PA0001774428 | BOARDWALK EMPIRE: 21, Battle of the Century |
| PA0001772465 | BOARDWALK EMPIRE: 22, Georgia Peaches |
| PA0001772461 | BOARDWALK EMPIRE: 23, Under God's Power She Flourishes |
| PA0001776120 | BOARDWALK EMPIRE: To the Lost: 24 |
| PA0001818531 | BOARDWALK EMPIRE: Resolution: 25 |
| PA0001818535 | BOARDWALK EMPIRE: 26, Spaghetti & Coffee |
| PA0001818538 | BOARDWALK EMPIRE: 27, Bone for Tuna |
| PA0001828834 | BOARDWALK EMPIRE: 28, Blue Bell Boy |
| PA0001829013 | BOARDWALK EMPIRE: 29, You'd Be Surprised |
| PA0001829012 | BOARDWALK EMPIRE: 30, Ging Gang Goolie |
| PA0001825405 | BOARDWALK EMPIRE: 31, Sunday Best |
| PA0001825403 | BOARDWALK EMPIRE: 32, The Pony |
| PA0001829591 | BOARDWALK EMPIRE: 33, The Milkmaid's Lot |
| PA0001830767 | BOARDWALK EMPIRE: 34, A Man, A Plan |
| PA0001827692 | BOARDWALK EMPIRE: 35, Two Imposters |
| PA0001835551 | BOARDWALK EMPIRE: 36, Margaret Sands |
| PA0001870396 | BOARDWALK EMPIRE: 37, 401 New York Sour |
| PA0001873472 | BOARDWALK EMPIRE: 38, Resignation |
| PA0001870399 | BOARDWALK EMPIRE: 39, 403 Acres of Diamonds |
| PA0001870163 | BOARDWALK EMPIRE: 40, All In |
| PA0001870161 | BOARDWALK EMPIRE: 41, Erlkonig |
| PA0001887236 | BOARDWALK EMPIRE: 42, The North Star |
| PA0001887364 | BOARDWALK EMPIRE: 43, William Wilson |
| PA0001887905 | BOARDWALK EMPIRE: 44, The Old Ship of Zion |
| PA0001887862 | BOARDWALK EMPIRE: 45, Marriage and Hunting |
| PA0001888486 | BOARDWALK EMPIRE: 46, White Horse Pike |
| PA0001888485 | BOARDWALK EMPIRE: 47, Havre De Grace |
| PA0001896810 | BOARDWALK EMPIRE: 48, Farewell Daddy Blues |
| PA0001934230 | BOARDWALK EMPIRE: 49, Golden Days for Boys and Girls |
| PA0001934947 | BOARDWALK EMPIRE: 50, The Good Listener |
| PA0001935955 | BOARDWALK EMPIRE: 51, What Jesus Said |
| PA0001933034 | BOARDWALK EMPIRE: 52, Cuanto |
| PA0001938619 | BOARDWALK EMPIRE: 505 (53), King of Norway |

| PA0001938624 | BOARDWALK EMPIRE: 506 (54), Devil You Know |
| PA0001938628 | BOARDWALK EMPIRE: 507 (55), Friendless Child |
| PA0001943347 | BOARDWALK EMPIRE: 56, Eldorado |